DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSEPH HATCHER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1691
_____

January 17, 2025

Appeal from the Circuit Court for Manatee County; Lee E. Haworth, Judge.

Blair Allen, Public Defender and Christine Trakas Thornhill, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

Affirmed.  *See* Fla. Std. Jury Instr. (Crim.) 15.1 ("An object not designed to inflict bodily harm may be a 'weapon' if it was . . . threatened to be used . . . in a manner likely to cause bodily harm."); *see also Shepard v. State*, 259 So. 3d 701, 707 (Fla. 2018) (concluding that whether an object is being used as a weapon during the commission of a felony is a question of fact for the jury).

KELLY, BLACK, and LUCAS, JJ., Concur.

Opinion subject to revision prior to official publication.